THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Anthony
 Derrick, Respondent,
 
 
 

v.

 
 
 
 State of South Carolina, Petitioner.
 
 
 

Appeal From Cherokee County
 J. Mark Hayes, II, Circuit Court Judge
Memorandum Opinion No.  2008-MO-011
Submitted January 23, 2008  Filed
 February 25, 2008
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Molly
 Crum, of Columbia, for Petitioner.
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the grant of post-conviction relief to
 Respondent, Anthony Derrick.   We now dismiss the writ as improvidently
 granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.